IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TANGELO IP, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:17-cv-739 |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| PIER 1 IMPORTS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Tangelo IP, LLC states it has no parent corporation but its closest corporate relative is Tangelo, LLC, and no publicly held corporation owns more 10% or more of the stock of Tangelo, LLC or Tangelo IP, LLC.

Dated:  November 9, 2017            */s/ Richard C. Weinblatt*
                                    Stamatios Stamoulis DE SB #4606
                                    Richard C. Weinblatt DE SB #5080 – Lead Counsel
                                    Stamoulis & Weinblatt LLC
                                    Two Fox Point Centre
                                    6 Denny Road, Suite 307
                                    Wilmington, DE 19809
                                    Telephone:  (302) 999-1540
                                    Facsimile:  (302) 762-1688
                                    stamoulis@swdelaw.com
                                    weinblatt@swdelaw.com

                                    */s/ L. Charles van Cleef*
                                    L. Charles van Cleef TX SB #00786305
                                    Van Cleef Law Office
                                    PO Box 2432
                                    Longview, TX 75606-2432
                                    Telephone:  (903) 248-8244
                                    Facsimile:  (903) 248-8249 Facsimile
                                    charles@vancleef.pro

                                    *Attorneys for Plaintiff*
                                    *Tangelo IP, LLC*