# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **TANGELO IP, LLC** | |
| Plaintiff, | Civil Action No. 2:17-cv-739-JRG |
| v. | JURY TRIAL DEMANDED |
| **PIER 1 IMPORTS, INC.** | |
| Defendant. | |

## DEFENDANT PIER 1 IMPORTS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Pier 1 Imports, Inc., by and through its counsel, hereby discloses that: Pier 1 Imports, Inc. is a Delaware corporation with its principal place of business located at 100 Pier 1 Place, Fort Worth Texas 76102, and there is no publicly held company that owns 10 percent (10%) or more of the stock of Pier 1 Imports, Inc.

Date: January 10, 2018

Respectfully submitted,

*/s/ Kevin J. Meek*

Kevin J. Meek
TX Bar No. 13899600
Mark Speegle
CA Bar No. 293873
**BAKER BOTTS L.L.P.**
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701-4078
Phone: (512) 322-2500
Fax: (512) 322-2501
kevin.meek@bakerbotts.com
mark.speegle@bakerbotts.com

*Counsel for Defendant*
*Pier 1 Imports, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically on the 10th day of January, 2018 to all counsel who have consented to electronic service through the Court's ECF system.

                                              */s/ Kevin J. Meek*
                                                 Kevin J. Meek