IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TANGELO IP, LLC | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 2:17-cv-739-JRG |
| v. | ) |
| | ) |
| PIER 1 IMPORTS, INC. | ) |
|     Defendant. | ) |
| | ) |

**STIPULATED MOTION FOR DISMISSAL**

The plaintiff Tangelo IP, LLC and defendant Pier 1 Imports, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  April 27, 2018    */s/ Richard C. Weinblatt*
Stamatios Stamoulis DE SB #4606
Richard C. Weinblatt DE SB #5080 – Lead Counsel
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com


*/s/ L. Charles van Cleef*
L. Charles van Cleef TX SB #00786305
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
Telephone:  (903) 248-8244
Facsimile:  (903) 248-8249
charles@vancleef.pro

*Attorneys for Plaintiff*
*Tangelo IP, LLC*

*/s/ Mark Speegle*
J. Meek TX SB #13899600
Mark Speegle CA SB #293873
Baker Boots L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701-4078
Telephone: (512) 322-2500
Facsimile: (512) 322-2501
kevin.meek@bakerbotts.com
mark.speegle@bakerbotts.com

*Attorneys for Defendant
Pier 1 Imports, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2018, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ L. Charles van Cleef*
L. Charles van Cleef